UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SUSAN JORGENSEN-ZIEBERT,
on behalf of herself and
all others similarly situated,

      Plaintiff,

  v.

AGNESIAN HEALTHCARE, INC.,

      Defendant.

Case No. 21-cv-302

---

## STIPULATION TO STAY PROCEEDINGS

The parties to this action, Plaintiff, Susan Jorgensen-Ziebert, on behalf of herself and all others similarly situated, by and through her attorneys, Walcheske & Luzi, LLC, and Defendant, Agnesian Healthcare, Inc., by and through its attorneys, Littler Mendelson, P.C., each being authorized to do so, hereby stipulate and move this Court for a temporary stay of the Scheduling Order and all deadlines included therein in order to immediately, effectively, and substantially discuss a potential resolution of the above-captioned matter.

Should the Court grant the parties' stipulation, the parties agree to provide a joint status report with the Court on or before September 9, 2022, detailing the status of the case and proposed next steps.

Dated this 10th day of June, 2022

| | |
|---|---|
| s/ *James A. Walcheske* | s/ *Jennifer L. Ciralsky* |
| James A. Walcheske, State Bar No. 1065635 | Jennifer L. Ciralsky, State Bar No. 1068092 |
| WALCHESKE & LUZI, LLC | LITTLER MENDELSON, P.C. |
| 235 N. Executive Drive, Suite 240 | 111 East Kilbourn, Suite 1000 |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53202 |
| Telephone: (262) 780-1953 | Telephone: (414) 291-5536 |
| Email: jwalcheske@walcheskeluzi.com | Email: jciralsky@littler.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |